ACCEPTED
01-14-00265-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

IN THE

COURT OF APPEALS

FIRST SUPREME JUDICIAL DISTRICT

OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/11/2015 11:24:00 AM

CHRISTOPHER A. PRINE
Clerk

TRIAL COURT NO. 2013CR5298

DOCKET NOS. 01-14-00265-CR

THE STATE OF TEXAS

VS.

JONATHAN URIBE

ON APPEAL FROM THE

290TH JUDICIAL DISTRICT COURT

OF BEXAR COUNTY, TEXAS

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

To The Honorable Judges of The Court of Appeals:

Appellant in the above styled and numbered causes by and through his attorney, makes this Motion For Extension of Time to File Appellant's Brief, pursuant to the Texas Rules of Appellate Procedure and as grounds therefore would show the Court:

I.

This cause was heard in the 290th Judicial District Court of Comal County, Texas.

## II.

The Trial Court cause number and style are as indicated above.

## III.

Appellant was convicted of the offense of Aggravated Assault.

## IV.

Appellant was assessed a punishments of 20 years confinement in the TDCJ institutional division.

## V.

The Court has granted no previous extension to file Appellant's brief since current counsel was appointed.

## VI.

The length of time requested for the extension is until June 20, 2015.

## VII.

Good cause for the requested extension exists because current counsel was appointed after Appellant's prior counsel was dismissed by order of the Court. At the time of his appointment the undersigned was on vacation and after returning involved in preparation for a felony trial in Comal County which proceeded to trial and is still in progress at the time this motion is filed.

## **PRAYER**

Wherefore, Appellant by and through his attorney of record, prays that the Court will grant this motion and extend the time for filing Appellant's Brief until June 20, 2015.

**MOTION TO EXTEND TIME TO FILE BRIEF-PAGE 2**

Respectfully Submitted,

C. Wayne Huff
P.O. Box 2334
Boerne, Texas 78006
Bar Card No. 10180600
(210) 488-4440
Facsimile (830) 230-5567

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned attorney of record of Appellant hereby certifies that a true and correct copy of the foregoing motion was served upon the District Attorney for Bexar county, on May 11, 2015

C. WAYNE HUFF

**MOTION TO EXTEND TIME TO FILE BRIEF-PAGE 3**